Certificate Number: 15557-MSN-CC-041095681



15557-MSN-CC-041095681

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 15, 2026, at 12:21 o'clock PM CDT, Lashunda Denekia Harris received from Urgent Credit Counseling, Inc., an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the Northern District of Mississippi, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 15, 2026                       By:      /s/Charles Ololchoki

                                            Name:   Charles Ololchoki

                                            Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Certificate Number: 15557-MSN-CC-041104475



15557-MSN-CC-041104475

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 17, 2026</u>, at <u>9:28</u> o'clock <u>AM CDT</u>, <u>Markeedrick T. Harris</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>Northern District of Mississippi</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>June 17, 2026</u>                    By:     <u>/s/Ann Omiti</u>

                                        Name:   <u>Ann Omiti</u>

                                        Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).