**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:     Lashunda Clemons Harris                           Case No. 26-12662-SDM
            Markeedrick Taurlendo Harris, Debtors                    CHAPTER 13**

**<u>NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND
LIEN AVOIDANCE</u>**

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien
Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in
writing with the Clerk of Court at ABD US Bankruptcy Courthouse, 703 Hwy 145 North,
Aberdeen, MS 39730, on or before September 17, 2026. Copies of the objection must be served
on the Trustee, US Trustee, Debtors, and Attorney for Debtors.


Objections to confirmation will be heard and confirmation determined on October 02, 2026 at
10:00 AM, via Zoom, unless the court orders otherwise. If no objection is timely filed, the Plan
may be confirmed without a hearing.

Date: August 3, 2026                          <u>/s/ Thomas C. Rollins, Jr.</u>
                                             *Thomas C. Rollins, Jr., Attorney for Debtor*


Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Lashunda Clemons Harris** | |
| | Full Name (First, Middle, Last) | |
| Debtor 2 | **Markeedrick Taurlendo Harris** | |
| (Spouse, if filing) | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **NORTHERN DISTRICT OF MISSISSIPPI** | |
| Case number: | | |
| (If known) | | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

_____

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance

**12/17**

---

<table>
<tr><td>Part 1:</td><td>Notices</td></tr>
</table>

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☐ Included | ☑ Not Included |

<table>
<tr><td>Part 2:</td><td>Plan Payments and Length of Plan</td></tr>
</table>

**2.1 Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$575.00**__ (☐ monthly, ☐ semi-monthly, ☑ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Dedicated Logistrics**
**3011 Hwy 82 W**
**Crossett AR 71635-0000**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Lashunda Clemons Harris** | Case number | |
| | **Markeedrick Taurlendo Harris** | | |

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

_____

_____

_____

**2.3 Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

<div style="background:black;color:white">Part 3:</div> **Treatment of Secured Claims**

**3.1 Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*

☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2 Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims. *Check one.*.**

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Fidelity Nationa Loans** | **$2,937.00** | **Household Goods 22 pistol** | **$450.00** | **$450.00** | **8.50%** |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **OneMain Financial** | **$12,399.00** | **2013 Toyota Tundra 152210 miles** | **$14,332.00** | **$12,399.00** | **8.50%** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Lashunda Clemons Harris**<br>**Markeedrick Taurlendo Harris** | Case number | |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Regional Finance** | **$21,374.00** | **2019 Chrysler 300 115093 miles** | **$11,484.00** | **$11,484.00** | **8.50%** |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| **-NONE-** | | | month |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☑    **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☑    **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*

☐    **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☑    The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| **Tower Loan** | **Household goods** |

*Insert additional claims as needed.*

---

| Part 4: | **Treatment of Fees and Priority Claims** |

**4.1    General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2    Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case.

**4.3    Attorney's fees.**

☑ No look fee: __**4,600.00**__

Total attorney fee charged:        $**4,600.00**_____

Mississippi Chapter 13 Plan

Page 3

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Lashunda Clemons Harris** | Case number | |
| | **Markeedrick Taurlendo Harris** | | |

Attorney fee previously paid: $**1,577.00**

Attorney fee to be paid in plan per confirmation order: $**3,023.00**

☐ Hourly fee: $_____. (Subject to approval of Fee Application.)

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑ **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5** **Domestic support obligations.**

☐ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*
DUE TO: **Melissa Sumpter**
POST PETITION OBLIGATION: In the amount of $ **124.00** per month beginning **8/2026**
To be paid ☑ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the amount of $ **0.00** through **n/a**
which shall be paid in full over the plan term, unless stated otherwise:
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

*Insert additional claims as needed.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐ The sum of $
☑ **100.00** % of the total amount of these claims, an estimated payment of $ **105,797.38**
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**1,476.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** **Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## Part 6: Executory Contracts and Unexpired Leases

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*
☑ **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage |
| --- | --- | --- | --- | --- |
| **Koalafi** | **Rims and tires** | **$232.64** | **$0.00** | if any exists, to be paid direct by debtor. |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Lashunda Clemons Harris** | | Case number | |
| | **Markeedrick Taurlendo Harris** | | | |

| Name of creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage |
|---|---|---|---|---|
| | | Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | | |

*Insert additional contracts or leases as needed.*

| Part 7: | **Vesting of Property of the Estate** |

**7.1** **Property of the estate will vest in the debtor(s) upon entry of discharge.**

| Part 8: | **Nonstandard Plan Provisions** |

**8.1** **Check "None" or List Nonstandard Plan Provisions**
    ☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

| Part 9: | **Signatures:** |

**9.1** **Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X **/s/ Lashunda Clemons Harris**
    **Lashunda Clemons Harris**
    Signature of Debtor 1

    Executed on    **July 24, 2026**

    **303 Dattel Park**
    Address
    **Ruleville MS 38771-0000**
    City, State, and Zip Code

    Telephone Number

X **/s/ Markeedrick Taurlendo Harris**
    **Markeedrick Taurlendo Harris**
    Signature of Debtor 2

    Executed on    **July 24, 2026**

    **303 Dattel Park**
    Address
    **Ruleville MS 38771-0000**
    City, State, and Zip Code

    Telephone Number

X **/s/ Thomas C. Rollins, Jr.**
    **Thomas C. Rollins, Jr. 103469**
    Signature of Attorney for Debtor(s)
    **P.O. Box 13767**
    **Jackson, MS 39236**
    Address, City, State, and Zip Code
    **601-500-5533**
    Telephone Number
    **trollins@therollinsfirm.com**
    Email Address

Date    **July 24, 2026**

    **103469 MS**
    MS Bar Number

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

Fidelity National Loans, Inc.
c/o Jerry S. Fitch, II
PO Box 490
Holly Springs, MS 38635

Regional Finance Company of Mississippi, LLC
c/o CT Corporation System
8927 Lorraine Rd, Ste 204-A
Gulfport, MS 39503

OneMain Financial Group, LLC
c/o CT Corporation System
8927 Lorraine Rd, Ste 204-A
Gulfport, MS 39503

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: August 3, 2026

/s/ Thomas C. Rollins, Jr.
*Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>LASHUNDA CLEMONS HARRIS<br>MARKEEDRICK TAURLENDO HARRIS | CASE NO: 26-12662-SDM<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 8/3/2026, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/3/2026


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

LASHUNDA CLEMONS HARRIS
MARKEEDRICK TAURLENDO HARRIS

CASE NO: 26-12662-SDM

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 8/3/2026, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/3/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

FIDELITY NATIONAL LOANS INC
CO JERRY S FITCH II
PO BOX 490
HOLLY SPRINGS MS 38635

FIRST CLASS

ONEMAIN FINANCIAL GROUP LLC
CO C T CORPORATION SYSTEM
8927 LORRAINE RD SUITE 204-A
GULFPORT MS 39503

FIRST CLASS

REGIONAL FINANCE COMPANY OF MISSISSIPPI LLC
CO CT CORPORATION SYSTEM
8927 LORRAINE RD SUITE 204-A
GULFPORT MS 39503

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-12662-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
MON AUG 3 11-22-34 CDT 2026

AMERICAN CREDIT
ATTN BANKRUPTCY
961 E MAIN ST FL 2
SPARTANBURG SC 29302-2185

ASPIRE CREDIT CARD
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

LOCKE D BARKLEY
6360 I55 NORTH
SUITE 140
JACKSON MS 39211-2038

BEST EGG
ATTN BANKRUPCTY
PO BOX 42912
PHILADELPHIA PA 19101-2912

BESTWAY RENTAL INC
ATTN BANKRUPTCY DEPT
2703 TELECOM PKW
STE 190
RICHARDSON TX 75082-3558

CBW
440 N WOLFE RD
SUNNYVALE CA 94085-3869

CC BANK
ATTN BANKRUPTCY
1835 W STATE STREET
PLEASANT GROVE UT 84062-4038

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

CONCORA CREDIT
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076-4401

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

COVINGTON CREDIT
ATTN BANKRUPTCY
POBOX 1947
GREENVILLE SC 29602-1947

(P)CREDIT CORP SOLUTIONS INC
121 W ELECTION RD
SANDY UT 84020-7766

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

CWSCW NEXUS
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE NY 11804-9001

DEBT RECOVERY SOLUTION
ATTN BANKRUPTCY
6800 JERICHO TURNPIKE
SYOSSET NY 11791-4401

FIDELITY NATIONA LOANS
1601 W MAIN ST
TUPELO MS 38801-3321

FIDELITY NATIONAL LOANS  CLEVELAND
PO BOX 206
207 N DAVIS AVE STE A
CLEVELAND MS 38732-2702

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

FST PREMIER
ATTN BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

DEBTOR

GENESIS FS CARD
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076-4401

LASHUNDA CLEMONS HARRIS
303 DATTEL PARK
RULEVILLE MS 38771-3510

MARKEEDRICK TAURLENDO HARRIS
303 DATTEL PARK
RULEVILLE MS 38771-3510

JEFFERSON CAPITAL
ATTN BANKRUPTCY
200 14TH AVE E
SARTEKK MN 56377-4500

KOALAFI
ATTN BANKRUPTCY
PO BOX 5518
GLEN ALLEN VA 23058-5518

LASHUNTE BANKS
11562 OLD HIGHWAY 61 N
BLDG 9
ROBINSONVILLE MS 38664-9199

MSDHS
ATTN CONSTANCE MORROW
PO BOX 352
JACKSON MS 39205-0352

MARINER FINANCE
ATTN BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

MELISSA SUMPTER
908 MILL ST
MOORHEAD MS 38761-9606

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

NELNET
PO BOX 82561
LINCOLN NE 68501-2561

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE IN 47706-1010

ONEMAIN FINANCIAL GROUP LLC
PO BOX 981037
BOSTON MA 02298-1037

PROSPER FUNDING LLC
221 MAIN ST STE 300
SAN FRANCISCO CA 94105-1909

REGIONAL FINANCE
ATTN BANKRUPTCY
979 BATEVILLE RD STE B
GEER SC 29651-6819

EXCLUDE

THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

SPEEDY CASH
3611 N RIDGE RD
WICHITA KS 67205-1214

SPRINGLF FIN
PO BOX 1010
EVANSVILLE IN 47706-1010

TBOM
906 N KINGSHIGHWAY
PERRYVILLE MO 63775-1204

TILT
ATTN BANKRUPTCY
9169 W STATE ST
GARDEN CITY ID 83714-1733

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

EXCLUDE

U S TRUSTEE
501 EAST COURT STREET SUITE 6430
JACKSON MS 39201-5022

(P)UPLIFT INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

WEBBANKONEMAIN
PO BOX 3316
EVANSVILLE IN 47732-3316