**SO ORDERED,**



*[signature]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                          CHAPTER 13 CASE NO:

LASHUNDA CLEMONS HARRIS                                       26-12662-SDM

ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD
DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The Court has been advised by the Chapter 13 Trustee that the wage order issued to DEDICATED LOGISTICS should be released.

IT IS THEREFORE ORDERED, that the employer of the Debtor, identified below, is hereby directed to cease deductions from the Debtor's wages.

DEDICATED LOGISTICS
ATTN PAYROLL / GARNISHMENTS
3011 HWY 82 W
CROSSETT, AR 71635-

IT IS FURTHER ORDERED, that DEDICATED LOGISTICS is to remit any funds presently held to the Chapter 13 Trustee.

REMITTANCE BY CHECK                          REMITTANCE BY ELECTRONIC PAYMENT
Locke D. Barkley, Chapter 13 Trustee         TFS EMPLOYER PAY
P.O. Box 1859                                https://www.tfsbillpay.com/employer
Memphis, TN 38101                            TFS Bill Pay:  888-800-0294

##END OF ORDER##

SUBMITTED BY:
Locke D. Barkley
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661