Nelnet | Official Servicer of Federal Student Aid

P.O. Box 82505
Lincoln, NE 68501-2505

August 19, 2026

**Nelnet**
121 South 13th St
Lincoln, NE 68508
888.486.4722

UNITED STATES BANKRUPTCY COURT
Northern District of Mississippi

IN THE MATTER OF:
LASHUNDA HARRIS
CASE No. : 26-12662
Claim No. 7-1

Withdrawal of Claim number 7-1 filed by
US Department of Education c/o Nelnet

To Whom It May Concern:

Creditor US Department of Education c/o Nelnet hereby withdraws Claim No. 7 filed 08/13/2026 in the amount of $7,557.10. This claim was filed in error.

Respectfully Submitted,

/s/ David Kim__________

US Department of Education c/o Nelnet
121 South 13th St
Lincoln, NE 68508
402.458.2774
David.Kim@nelnetservicing.net