**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lashunda Clemons Harris** **Case No. 26-12662-SDM**
**Markeedrick Taurlendo Harris, Debtors** **CHAPTER 13**

**<u>NOTICE OF OBJECTON TO CLAIM</u>**

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S Bankruptcy Court
Northern District of Mississippi
703 Hwy 145 N
Aberdeen, MS 39730

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

This date, September 25, 2026.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lashunda Clemons Harris** **Case No. 26-12662-SDM**
**Markeedrick Taurlendo Harris, Debtors** **CHAPTER 13**

**<u>OBJECTON TO PROOF OF CLAIM # 8 AS FILED BY EXETER FINANCE, LLC</u>**

COME NOW Debtors, by and through counsel, and file this Objection to Proof of Claim # 8 as filed by Exeter Finance, LLC on or about August 20, 2026 in the amount of $14,979.46 and would show that the vehicle referenced in the attached contract was repossessed in February 2015. The attached documentation on the claim does not show the exact sale date of the collateral, the application of funds towards the balance, nor any payments made on the loan.

That based on information and belief, this claim should be disallowed as the collection for the debt is past the statute of limitations.

That said Proof of Claim should be disallowed as filed.

This date, September 25, 2026.

Respectfully submitted,

By: <u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.
Attorney for Debtors

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Objection and Objection were forwarded on September 25, 2026 to:

By first class mail, postage pre-paid:

Exeter Finance, LLC
2101 W John Caprentery Fwy
Irving, TX 75063

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.