**SO ORDERED,**

Judge Selene D. Maddox

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **Lashunda Clemons Harris** | **Case No. 26-12662-SDM** |
| | **Markeedrick Taurlendo Harris, Debtors** | **CHAPTER 13** |

## ORDER

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim #8 as filed by Exeter Finance, LLC (dk #15), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim #8 as filed by Exeter Finance, LLC is granted, and the Proof of Claim is disallowed as filed.

###END OF ORDER ###

Prepared by:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533