B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re LASHUNDA CLEMONS HARRIS
MARKEEDRICK TAURLENDO HARRIS

Case No. 26-12662

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Resurgent Receivables LLC
Name of Transferee

Resurgent Capital Services as servicing agent for Best Egg
Name of Transferor

Name and Address where notices to transferee should be sent:
Resurgent Receivables LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Phone: (877) 264-5884
Last Four Digits of Acct #: 7131

Court Claim # (if known): 21
Amount of Claim: $2,304.81
Date Claim Filed: 09/03/2026

Phone: ______
Last Four Digits of Acct. #: 4581

Name and Address where transferee payments should be sent (if different from above):

Phone: ______
Last Four Digits of Acct #: ______

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/ Jordan O. Bruner
Transferee/Transferee's Agent

Date: 11/4/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.